CARL PICKERING *v.* TOWN OF WINDSOR ET AL.
(12803)

O'CONNELL, LAVERY and SCHALLER, Js.

Argued February 8—decision released March 7, 1995

*A. Paul Spinella,* with whom was *Susan V. Tirrell,* for the appellant (plaintiff).

*John B. Farley,* with whom was *Stephen P. Fogerty,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.